NONE TO COURT

ALETA TAYLOR )
    Petitioner )
)
)
)
) Case NO: 1:CR-00-108-03
V )
)
) FILED
) HARRISBURG, PA
UNITED STATES of AMERICA )
  United States District Court ) NOV 29 2004
Middle District of Pennsylvania )
) MARY E. D'ANDREA, CLERK
) Per _____
)         Deputy Clerk
)
)

## MOTION

    Comes now, Aleta Taylor, pro se, I do hereby affirm under penalty of perjury, that the following, upon information and belief is true.

    Petitioner was sentenced by the Honorable Judge William W. Coldwell, at United District Court, Middle District of Pennsylvania.

    On September 9, 2001 the Petitioner was sentenced to the following sentence amounts to $1, 600. (sixteen thousand dollars) and 100 (one hundred months) imprisionment.  In violation of 21 USC 856.

    The sentence discriminates against the Petitioner, an indigent.

    The Petitioner has never been arrested or convicted of any crime before this occasion.

    The Petitioner is currently incarcerated at the Federal Prison Camp in Alderson, West Virginia.

    Petitioner is being paid .12 cents per hour, for an approximate total of $16 dollars per month.

    Petitioner seeks to have the remaining amount of $800.00 (eight hundred dollars) deferred until her release from incarceration.

    Petitioner can not depend on outside sources to pay her fine.

    Petitioners original Judgement and Commitment states, "payment made from earnings."

No other application for the relief has been brought herein by the Petitioner.

WHEREFORE, the Petitioner respectfully seeks the relief prayed for herein.

November 23, 2004

Aleta Taylor
pro se

NAME: Alita C Taylor
REG. #: 10188-067 Range 4
FEDERAL PRISON CAMP
BOX A
ALDERSON, WV 24910

Clerk of Courts
U.S. District Court
for the middle District of Pennsylvania
P.O. Box 805
Harrisburg, PA 17108-0805

17108+0805


