```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,   :
      Plaintiff
                                :

      vs.                    : CRIMINAL NO. 1:CR-00-108-03
                                :

ALETA ESTELL TAYLOR,
      Defendant              :

## O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

      Defendant has filed a pro se motion to defer payment on the $800 remaining on her fine until after she has been released from incarceration. We have no authority to grant the relief requested.

      Accordingly, this 2nd day of December, 2004, it is ordered that Defendant's motion (doc. 102) to defer payment on the $800 remaining on her fine is dismissed.

                                          /s/William W. Caldwell
                                        William W. Caldwell
                                        United States District Judge