OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT of PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650
Internet address: www.pamd.uscourts.gov

MARY E. D'ANDREA
Clerk of Court

*Divisional Offices*

Harrisburg:  (717) 221-3920
Williamsport: (570) 323-6380

December 7, 2004

Inmate Accounts
Range 4A
Federal Prison Camp
PO Box A
Alderson, WV 24910

FILED
SCRANTON
DEC 0 7 2004

PER _____ DEPUTY CLERK

Re: CR 00-108-3
US v Taylor

To Whom It May Concern:

Please be advised that our records in the above captioned case indicate that the $100.00 special assessment and the $1,500 fine ordered in the above captioned case has been paid in full.

If any further assistance is needed, please feel free to contact this office at 570-207-5664.

Sincerely,

Mary E. D'Andrea, Clerk

By:

Nancy A. Edmunds
Financial Administrator