To the Clerk of Courts                    February 15/2005

I received a letter from the Clerk of Courts on February 14/2005 from Harrisburg, PA telling me in order for me to file Walker 2255 I have to file a 2244 and I have to file it with the 3rd Circuit Courts my problem is I have no access to a 2244 and I would like for you to please send one to me also I really don't know the address to the 3rd Circuit Court I don't know if it is Scranton or Harrisburg or Williamsport P.A. Could you please help me with this so I could continue with my legal work my case No is (1-CR-00-108-03) my Civil No is 1-CV-05-0189

I would very much appreciate your prompt attention for this matter

Yours Truly
Aleta Taylor
1018067

FILED
SCRANTON
FEB 1 8 2005

Per _____
DEPUTY CLERK

Lloyd Taylor #70183-067
Federal Prison Camp
Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

Clerk of the Clerk
U.S. District Court
Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148