CPS-324                                                                    August 4, 2005

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-2038

IN RE: ALETA ESTELL TAYLOR

FILED
HARRISBURG, PA
AUG 22 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Present:   ALITO, McKEE and AMBRO, Circuit Judges

Submitted are

(1)   Petitioner's motion to re-open; and

(2)   Petitioner's application under 28 U.S.C. § 2244 for leave to file a second or successive petition under 28 U.S.C. § 2254 in the above-captioned case.

Respectfully,

Clerk

00-108

MMW/EAW/zm/dmm

_____O R D E R_____

Petitioner's motion to reopen is granted. Petitioner's application under 28 U.S.C. § 2244 for leave to file a second or successive motion under 28 U.S.C. § 2255 is denied. The claim Petitioner seeks to present is based on Blakely v. Washington, 124 S. Ct. 2531 (2004), and United States v. Booker, 125 S. Ct. 738 (2005). Neither Booker nor Blakely have been "made retroactive to cases on collateral review" by the Supreme Court. See In re Olopade, 403 F.3d 159 (3d Cir. 2005); Lloyd v. United States, 407 F.3d 608 (3d Cir. 2005).

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

A True Copy:
Marcia M. Waldron
Marcia M. Waldron, Clerk

Dated: August 19, 2005
SLC/cc:   Ms. Aleta Estell Taylor
          William A. Behe, Esq.