IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff | : |
| vs. | : CRIMINAL NO. 1:CR-00-00108-003 |
| ALETA ESTELL TAYLOR,<br>　　　　Defendant | : |

ORDER

AND NOW, this 17th day of July, 2007, the Court directs defendant to continue under Pretrial Services supervision. Defendant is ordered to participate in a program for mental health evaluation and treatment as directed by Pretrial Services. All other conditions previously imposed remain the same.

　　　　　　　　　　　　　　　　　　William W. Caldwell
　　　　　　　　　　　　　　　　　　United States District Judge

FILED
HARRISBURG, PA
JUL 17 2007
MARY E. D'ANDREA, CLERK
Deputy Clerk