IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,  :
      Plaintiff
                        :

      vs.  :  CRIMINAL NO.  1:CR-00-108-03

                        :

ALETA ESTELL TAYLOR,
      Defendant  :

## AMENDED ORDER

AND NOW, this 19th day of July, 2007, the Court directs defendant to continue on supervised release. Defendant is ordered to participate in a program for mental health evaluation and treatment as directed by the Probation Office. All other conditions previously imposed remain the same.

The order entered July 17, 2007, is hereby vacated.

                                           /s/William W. Caldwell
                                           William W. Caldwell
                                           United States District Judge