# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | CASE NUMBER: CR-00-108-3 |
| ALETA ESTELL TAYLOR | JUDGE CALDWELL |

FILED
HARRISBURG
AUG 1 6 2007
MARY E. D'ANDREA, CLERK
Per ~~DEPUTY CLERK~~

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest  ALETA ESTELL TAYLOR

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☒ Probation Violation Petition

charging him or her with VIOLATION OF SUPERVISED RELEASE

in violation of Title 18 United States Code, Section(s) 3148

| MARY E. D'ANDREA | CLERK, USDC, MDPA |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | JULY 5, 2007 |
| Signature of Issuing Officer or Deputy Clerk | Date and Location |

Bail fixed at $ _____   by _____
                                     Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at  US Marshal HBG, Pa

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7/16/07 | Philip R Lewis III | *Philip R Lewis III* |
| DATE OF ARREST | Deputy US Marshal | |
| 7/16/07 | | |